IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIMA LABS, INC., AZUR PHARMA LIMITED, and AZUR PHARMA INTERNATIONAL III LIMITED, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : **Civil Action No.: _____** |
| vs. | : <br> : |
| BARR LABORATORIES, INC and BARR PHARMACEUTICALS, INC., | : <br> : <br> : |
| Defendants. | |

**CIMA LABS, INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CIMA LABS, INC. by and through its undersigned counsel, hereby files this Statement Regarding Corporate Ownership and states that CIMA LABS, INC. is a wholly owned subsidiary of Cephalon, Inc., 41 Moores Road, Frazer, Pennsylvania 19355, which is a publicly owned company.

**MCCARTER & ENGLISH, LLP**

/s/ Daniel M. Silver
Michael P. Kelly (DE ID# 2295)
Andrew S. Dupre (DE ID# 4621)
Daniel M. Silver (DE ID# 4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 (fax)
*mkelly@mccarter.com*
*adupre@mccarter.com*
*dsilver@mccarter.com*

*Attorneys for CIMA LABS, INC.*

Date: August 21, 2008

ME1 7647727v.1