IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIMA LABS, INC., AZUR PHARMA LIMITED, and AZUR PHARMA INTERNATIONAL III LIMITED, and  Plaintiffs, v. BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 08-531 |

**FED. R. CIV. P. 7.1(a) CORPORATE DISCLOSURE STATEMENT OF
AZUR PHARMA LIMITED**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Azur Pharma Limited states that it has no corporate parent and that no publicly traded corporation owns in excess of 10% of Azur Pharma Limited stock.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs Azur Pharma Limited
and Azur Pharma International III Limited*

{00236306;v1}

*Of Counsel:*

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

Dated: August 22, 2008

{00236306;v1}