IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIMA LABS, INC., AZUR PHARMA LIMITED, and AZUR PHARMA INTERNATIONAL III LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-531<br>)<br>)<br>)<br>)<br>)<br>) |

**FED. R. CIV. P. 7.1(a) CORPORATE DISCLOSURE STATEMENT OF
AZUR PHARMA INTERNATIONAL III LIMITED**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Azur Pharma International III Limited states that it is a wholly-owned subsidiary of Azur Pharma Limited, which is a publicly-held Irish corporation. No publicly traded corporation owns in excess of 10% of Azur Pharma Limited stock.

        ASHBY & GEDDES

        */s/ Steven J. Balick*
        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE  19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        lmaguire@ashby-geddes.com

        *Attorneys for Plaintiffs Azur Pharma Limited
        and Azur Pharma International III Limited*

*Of Counsel:*

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

Dated: August 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2008, the attached **FED. R. CIV. P.7.1(a) CORPORATE DISCLOSURE STATEMENT OF AZUR PHARMA INTERNATIONAL III LIMITED** was served upon the below-named counsel of record at the address and in the manner indicated:

Michael P. Kelly, Esquire  
McCarter & English, LLP  
405 North King Street, 8th Floor  
Wilmington, DE  19801

HAND DELIVERY

/s/ *Steven J. Balick*
_____
Steven J. Balick

{00236307;v1}

Other Documents
1:08-cv-00531-UNA CIMA Labs Inc. et al v. Barr Laboratories Inc. et al
PATENT

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Balick, Steven on 8/22/2008 at 3:38 PM EDT and filed on 8/22/2008

**Case Name:** CIMA Labs Inc. et al v. Barr Laboratories Inc. et al
**Case Number:** 1:08-cv-531
**Filer:** Azur Pharma Limited
Azur Pharma International III Limited
**Document Number:** 6

**Docket Text:**
**Disclosure Statement pursuant to Rule 7.1 filed by Azur Pharma Limited, Azur Pharma International III Limited. (Balick, Steven)**

**1:08-cv-531 Notice has been electronically mailed to:**

Steven J. Balick    sbalick@ashby-geddes.com, dfioravanti@ashby-geddes.com, jday@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, tlydon@ashby-geddes.com

Daniel M. Silver    dsilver@mccarter.com

**1:08-cv-531 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/22/2008] [FileNumber=618868-0]
[a71ffe8ef824d6d9d341bd94d730edc66928ae0d6d04f04cd6d751018419de641b80
f554d1f22fec664c448ed2d4052e333bb81cce7ddea9ca097adf99f3d90e]]